[Nos. 59037-5-I; 59931-3-I.  Division One.  March 24, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. KERRY LEE McMURTREY, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 05-1-01491-8, Andrea A. Darvas, J., entered October 13, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 59363-3-I.  Division One.  March 24, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. JAIME ISAIAS HERNANDEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-10168-5, Gregory P. Canova, J., entered December 7, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 59575-0-I.  Division One.  March 24, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. PATRICK DEWAYNE BRICE, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 04-1-00349-0, Dave Needy, J., entered January 18, 2006. *Reversed* and *remanded* by unpublished per curiam opinion.

[No. 35535-3-II.  Division Two.  March 25, 2008.]

CARL CHRISTOPHER CAWLEY ET AL., *Appellants*, v. HARBOR FREIGHT TOOLS USA, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 03-2-00600-6, Chris Wickham, J., entered October 20, 2006. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Hunt and Penoyar, JJ.